# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN THE MATTER OF THE
SUCCESSION OF WILLIAM E.
NEWTON

NO.   2020 CW 1175

**DECEMBER 30, 2020**

In Re:     Gloria Morales Newton, applying for supervisory writs,
           21st Judicial District Court, Parish of Livingston,
           No. 17250.

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

   **WRIT DENIED.**

                              JMG
                              PMc
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT